**UNITED STATES BANKRUPTCY COURT**
**Middle District of Alabama**

In re                                                                 Case No. 15−33170
                                                                      Chapter 13
Lena Blake

    Debtor

# ORDER RESETTING MEETING OF CREDITORS AND HEARING ON MODIFIED PLAN

The above debtor(s) have filed with this court a modification of their Chapter 13 Plan, and

It is therefore **ORDERED** that a Meeting of Creditors be reset for

    Date: **August 25, 2016**    Time: **02:30 PM**
    Location: Frank M. Johnson, Jr. Federal Courthouse, (Lee St. entrance), Sec. 341 Meeting Room (105), Montgomery, AL 36104

It is further **ORDERED** that a hearing on the modification of the plan be and it is hereby set for

    Date: **September 26, 2016**    Time: **09:45 AM**
    Location: U.S. Bankruptcy Court, One Church Street, Courtroom 4C, Montgomery, AL 36104

It is further **ORDERED** that the debtor(s) and the attorney for the debtor(s) appear at the Meeting of Creditors and the hearing on the modification of plan at the dates, places, and times stated above.

The moving party shall serve a copy of this notice on all parties required to be served under Fed.R.Bankr.P. 2002 or other appropriate rule.

    Dated: July 26, 2016

    Juan−Carlos Guerrero
    Clerk, U.S. Bankruptcy Court

***************************************************************************

## CERTIFICATE OF SERVICE

    I hereby certify that I have served a true and correct copy of the motion and order setting hearing to all creditors and other parties in interest by placing a copy of same in the U.S. Mail, postage prepaid.

    DATED: _____    SIGNED:_____