**IN THE UNITED STATES BANKRUPTCY COURT**
**Middle District of Alabama**

| | | |
|---|---|---|
| **In the Matter of**: | } | |
| | } | **Case No. 15-33170** |
| **Lena Blake** | } | |
| | } | **Chapter 13** |
| | } | |
| **Debtor(s)** | } | |

## NOTICE OF RESETTING/RESCHEDULED OF MEETING OF CREDITORS AND CONFIRMATION HEARING

The reset Chapter 13 Meeting of Creditors in the above debtor's case has been continued to **September 15, 2016 at 2:30 p.m.** at the Frank M. Johnson, Jr. Federal Courthouse, (Lee Street entrance), Sec. 341 Meeting Room (105), Montgomery, Alabama 36104.

Furthermore, the debtor's reset confirmation hearing was continued to **October 17, 2016, at 9:45 a.m.**, at the United States Bankruptcy Court, One Church Street, Courtroom 4-C, Montgomery, Alabama.

Dated: August 26, 2016.

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of the preceding notice and plan to **ALL CREDITORS** and other parties in interest by placing a copy of the same in the U.S. Mail, postage prepaid.

Dated: August 26, 2016

/s/ Joshua C. Milam
Joshua C. Mialm ASB-3046-T99U
Attorney for Debtor
The Shinbaum Law Firm, P.C.
566 South Perry Street (36104)
P.O. Box 201
Montgomery, AL 36101
334-269-4440
jmilam@smclegal.com